# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3687
_____

RONALD NEWMAN,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

July 19, 2018

PER CURIAM.

   AFFIRMED.

ROBERTS, WETHERELL, and OSTERHAUS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Ronald Newman, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.